716 A.2d 1230

**In the Matter of Joseph Patrick KERRIGAN.**

Supreme Court of Pennsylvania.

Aug. 20, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 1998, upon consideration of the Report and Recommendations of the Disciplinary

Board of the Supreme Court of Pennsylvania dated June 30, 1998, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.